UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2062 (L)
(8:24-cv-01205-ABA)

_____

LESTER LEE

Plaintiff - Appellant

v.

BROOKSIDE PARK CONDOMINIUM, INCORPORATED; METROPOLIS,
a/k/a MCM, Inc.; RAMMY AZOULAY; CHARLES LAMONT SAVOY

Defendants - Appellees

_____

O R D E R

_____

The court grants the motion for extension of the informal briefing schedule

and extends the time for serving and filing the informal reply brief to 06/01/2026.

Any further request for an extension of time in which to file the informal reply

brief shall be disfavored.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk